UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-CR-58-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MATTHEW HAYWOOD BRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's unopposed motion to continue the detention hearing currently set for November 12, 2025, due to defense counsel's scheduling conflict with another previously calendared federal court hearing. [DE-113]. For good cause shown, the motion is allowed, and the detention hearing is continued to **Monday, November 17, 2025 at 9:30 a.m.**, 6th Floor Courtroom, Terry Sanford Federal Building and Courthouse, Raleigh, North Carolina.

The court finds that, due to defense counsel's scheduling conflict, the ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this the 10 day of November, 2025.

Robert B. Jones, Jr.,
United States Magistrate Judge