UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:25-CR-00058-D-BM-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| MATTHEW HAYWOOD BRIGHT | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal

Docket Entry 194, which is Defendant's Motion to Continue Sentencing. For good cause

shown, Defendant's motion is GRANTED.

The Clerk of Court is DIRECTED to seal Docket Entry 194.

This _____ 12 _____ day of May , 2026.

_____
THE HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE